15 A.3d 66

## LA WEIGHT LOSS CENTERS, INC., Petitioner

v.

## LEXINGTON INSURANCE COMPANY, Respondent.

Supreme Court of Pennsylvania.

March 1, 2011.

### *ORDER*

PER CURIAM.

**AND NOW,** this 1st day of March, 2011, the Petition for Allowance of Appeal is **DENIED,** and Petitioner's Application for Leave to File Reply Brief is **DENIED.**